COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:     01-15-00335-CV

Style:     Centerpoint Houston Electric, LLC v. 5433 Westheimer, LP;
5433 Westheimer, GP LLC and Songy 5433 Westheimer GP LLC

Date motion filed:     May 19, 2015

Type of Motion:     Objection to Mediation

Party filing motion:     Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated May 15, 2015.

Judge's signature: /s/ Harvey Brown
        x  Acting individually

Date:  June 4, 2015

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:     Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).